IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INTERNATIONAL UNION OF OPERATING** | : | |
| **ENGINEERS LOCAL 30 BENEFITS FUND, on** | : | |
| behalf of itself and all others similarly situated | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 16-990** |
| | : | |
| **LANNETT COMPANY, INC., IMPAX** | : | |
| **LABORATORIES, INC., WEST-WARD** | : | |
| **PHARMACEUTICALS CORPORATION,** | : | |
| **ALLERGAN PLC, MYLAN** | : | |
| **PHARMACEUTICALS, INC., and PAR** | : | |
| **PHARMACEUTICALS COMPANIES, INC.** | : | |
| | : | |
| **NECA-IBEW WELFARE TRUST FUND,** | : | |
| individually and on behalf of all others | : | |
| similarly situated | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 16-1371** |
| | : | |
| **ALLERGAN PLC, LANNETT COMPANY,** | : | |
| **INC., PAR PHARMACEUTICAL** | : | |
| **COMPANIES, INC., IMPAX** | : | |
| **LABORATORIES, MYLAN, INC., and** | : | |
| **WEST-WARD PHARMACEUTICALS CORP.** | : | |
| | : | |
| **TULSA FIREFIGHTERS HEALTH AND** | : | |
| **WELFARE TRUST, on behalf of itself and all** | : | |
| others similarly situated | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 16-1388** |
| | : | |
| **ALLERGAN PLC, IMPAX LABORATORIES,** | : | |
| **INC., THE LANNETT COMPANY, INC.,** | : | |
| **MYLAN INC., PAR PHARMACEUTICALS,** | : | |
| **INC., SUN PHARMACEUTICAL INDUSTRIES** | : | |
| **CO., and WEST-WARD PHARMACEUTICAL** | : | |
| **CORP.** | : | |

|  |  |  |
|---|---|---|
| TWIN CITIES PIPE TRADES WELFARE FUND, individually and on behalf of all others similarly situated | : : : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 16-1534** |
| | : | |
| LANNETT COMPANY, INC., IMPAX LABORATORIES, INC., WEST-WARD PHARMACEUTICALS CORPORATION, ALLERGAN PLC; MYLAN PHARMACEUTICALS, INC., and PAR PHARMACEUTICAL COMPANIES, INC. | : : : : : : | |
| | : | |
| EDWARD CARPINELLI, on behalf of himself and all others similarly situated | : : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 16-1954** |
| | : | |
| LANNETT COMPANY, INC., IMPAX LABORATORIES, INC., WEST-WARD PHARMACEUTICALS CORPORATION, ALLERGAN PLC; MYLAN PHARMACEUTICALS, INC., and PAR PHARMACEUTICAL COMPANIES, INC. | : : : : : : | |
| | : | |
| FRATERNAL ORDER OF POLICE, MIAMI LODGE 20, INSURANCE TRUST FUND, individually and on behalf of all others similarly situated | : : : : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 16-2031** |
| | : | |
| LANNETT COMPANY, INC., ALLERGAN PLC, IMPAX LABORATORIES, MYLAN, INC., PAR PHARMACEUTICAL COMPANIES, INC., SUN PHARMACEUTICAL INDUSTRIES CO., and WEST-WARD PHARMACEUTICAL CORP. | : : : : : : | |

2

NINA DIAMOND, on behalf of herself   :
and all others similarly situated   :
  :
          v.   :     **CIVIL ACTION NO. 16-2077**
  :
LANNETT COMPANY, INC., IMPAX   :
LABORATORIES, INC., WEST-WARD   :
PHARMACEUTICALS CORPORATION,   :
ALLERGAN PLC; MYLAN   :
PHARMACEUTICALS, INC., and PAR   :
PHARMACEUTICAL COMPANIES, INC.   :

UFCW LOCAL 1500 WELFARE FUND, on   :
behalf of itself and all others similarly situated   :
  :
          v.   :     **CIVIL ACTION NO. 16-2169**
  :
ALLERGAN PLC, IMPAX LABORATORIES,   :
INC., LANNETT COMPANY, INC., MYLAN   :
INC., MYLAN PHARMACEUTICALS, INC.,   :
PAR PHARMACEUTICAL, INC., PAR   :
PHARMACEUTICAL COMPANIES, INC.,   :
SUN PHARMACEUTICAL INDUSTRIES   :
LTD., SUN PHARMACEUTICAL   :
INDUSTRIES, INC., and WEST-WARD   :
PHARMACEUTICALS CORP.   :

MINNESOTA LABORERS HEALTH &   :
WELFARE FUND, individually and on behalf   :
of all others similarly situated   :
  :
          v.   :     **CIVIL ACTION NO. 16-2191**
  :
LANNETT COMPANY, INC., IMPAX   :
LABORATORIES, INC., WEST-WARD   :
PHARMACEUTICALS CORPORATION,   :
ALLERGAN PLC; MYLAN   :
PHARMACEUTICALS, INC., and PAR   :
PHARMACEUTICAL COMPANIES, INC.   :

3

| | | |
|---|---|---|
| PHILADELPHIA FEDERATION OF | : | |
| TEACHERS HEALTH & WELFARE FUND, | : | |
| individually and on behalf of all others | : | |
| similarly situated | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-2468 |
| | : | |
| LANNETT COMPANY, INC., IMPAX | : | |
| LABORATORIES, INC., WEST-WARD | : | |
| PHARMACEUTICALS CORPORATION, | : | |
| ALLERGAN PLC; MYLAN | : | |
| PHARMACEUTICALS, INC., and PAR | : | |
| PHARMACEUTICAL COMPANIES, INC. | : | |
| | : | |
| UNITED FOOD & COMMERCIAL WORKERS | : | |
| AND EMPLOYERS ARIZONA HEALTH & | : | |
| WELFARE TRUST, individually and on behalf | : | |
| of all others similarly situated | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-2810 |
| | : | |
| ALLERGAN PLC; ACTAVIS PLC, IMPAX | : | |
| LABORATORIES, INC., LANNETT | : | |
| COMPANY, INC., MYLAN | : | |
| PHARMACEUTICALS, INC., PAR | : | |
| PHARMACEUTICALS CORPORATION, and | : | |
| WEST-WARD PHARMACEUTICAL | : | |
| COMPANIES, INC. | : | |
| | : | |
| OTIS MCCRARY, on behalf of himself | : | |
| and all others similarly situated | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-3091 |
| | : | |
| LANNETT COMPANY, INC., IMPAX | : | |
| LABORATORIES, INC., WEST-WARD | : | |
| PHARMACEUTICALS CORPORATION, | : | |
| ACTAVIS, PLC, MYLAN | : | |
| PHARMACEUTICALS, INC., ENDO | : | |
| INTERNATIONAL PLC, SUN | : | |
| PHARMACEUTICAL INDUSTRIES, INC., | : | |
| and PAR PHARMACEUTICAL | : | |
| COMPANIES, INC. | : | |

4

|  |  |  |
|---|---|---|
| **PLUMBERS & PIPEFITTERS LOCAL 33 HEALTH & WELFARE FUND, individually and on behalf of all others similarly situated** | : | |
| **v.** | : | **CIVIL ACTION NO. 16-3576** |
| **ALLERGAN PLC, ACTAVIS PLC, IMPAX LABORATORIES, INC., LANNETT, INC., MYLAN PHARMACEUTICALS, INC., PAR PHARMACEUTICAL COMPANIES, INC., and WEST-WARD PHARMACEUTICALS CORP.** | : | |
| **PLUMBERS & PIPEFITTERS LOCAL 178 HEALTH & WELFARE TRUST FUND, on on behalf of itself and all others similarly situated:** | : | |
| **v.** | : | **CIVIL ACTION NO. 16-3635** |
| **LANNETT COMPANY, INC., IMPAX LABORATORIES, INC., WEST-WARD PHARMACEUTICALS CORPORATION, ACTAVIS PLC, MYLAN PHARMACEUTICALS, INC., ENDO INTERNATIONAL PLC, SUN PHARMACEUTICAL INDUSTRIES, INC., and PAR PHARMACEUTICAL COMPANIES, INC.,** | : | |

## ORDER

**AND NOW,** this 14th day of July 2016, upon consideration of the attached stipulation

among Plaintiffs International Union of Operating Engineers Local 30 Benefits Fund, NECA-

IBEW Welfare Trust Fund, Tulsa Firefighters Health and Welfare Trust, Twin Cities Pipe Trades

Welfare Fund, Fraternal Order of Police, Miami Lodge 20, Insurance Fund, Edward Carpinelli,

Nina Diamond, UFCW Local 1500 Welfare Fund, Minnesota Laborers Health and Welfare

Fund, the Philadelphia Federation of Teachers Health & Welfare Fund, the United Food &

Commercial Workers and Employers Arizona Health & Welfare Trust, Otis McCrary, Plumbers & Pipefitters Local 33 Health and Welfare Fund, and Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund ("End-Payer Plaintiffs" or "Indirect Purchaser Plaintiffs") and Defendants Lannett Company, Inc., lmpax Laboratories, Inc., West-Ward Pharmaceuticals Corporation, Allergan plc, Mylan, Inc., Mylan Pharmaceuticals, Inc., Actavis plc, and Par Pharmaceutical Companies, Inc. ("Defendants")[1], it is hereby **ORDERED** that the stipulation is **APPROVED in part** as set forth below.

Subject to further order of this Court or any transferee Court, it is hereby **ORDERED** that:

1.      Defendants' time to answer, move or otherwise respond to Plaintiffs' complaints shall be extended until after disposition of the proceeding before the Judicial Panel on Multidistrict Litigation ("JPML") with regard to the motion filed before the JPML to transfer and consolidate or coordinate the related actions in this case (JPML No. 2724) as follows:

a.      If the JPML transfers all the Related Actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, Defendants shall, as permitted by Federal Rule of Civil Procedure 12, answer, move or otherwise plead in response to the complaint within 60 days after either: (i) the plaintiffs in the consolidated or coordinated actions serve a Consolidated Class Action Complaint, or (ii) the plaintiffs in the consolidated or coordinated actions serve written notice that they will not file a Consolidated Class Action Complaint.

---

[1] The Court notes that the Sun Pharmaceutical Defendants and Endo International plc, named in one or more of the above- captioned complaints, are not presently parties to the stipulation. This Order applies to all Defendants except with regard to acceptance of service of process; in the absence of agreement of counsel, service of process shall be effected pursuant to Federal Rule of Civil Procedure 4.

b.     If the JPML denies the motions to transfer these cases and all related civil actions to a single district for coordinated or consolidated pretrial proceedings, Defendants shall, as permitted by Federal Rule of Civil Procedure 12, answer, move or otherwise plead in response to End-Payer Plaintiffs' complaints within 60 days of the later of (i) service of the JPML ruling; or (ii) service of a Consolidated Class Action Complaint.

2.     Plaintiffs shall have 60 days from the filing and service of any motions to dismiss to file and serve any memoranda in opposition thereto. Any reply memoranda shall be filed 45 days after service and filing of any opposition memoranda. If a filing deadline falls on a weekend or federal holiday, the memorandum shall be filed on the first business day following such weekend or holiday. No extension among all End-Payer Plaintiffs and Defendants has been previously requested of or granted by the Court, and the Court as yet has issued no rulings with regard to the ability of any Defendant to move to sever parties, claims, or allegations in response to any Consolidated Class Action Complaint or at any time during the litigation.

3.     Before the filing of any motion to dismiss by Defendants, interim class counsel and Defendants shall meet and confer regarding appropriate page limitations for memoranda in support of and in opposition to such motions, and for any replies, and submit to the Court a proposed order and stipulation regarding page limitations, or if the Parties cannot agree on page limitations, a proposed order identifying the differing proposals and a brief explanation by Plaintiffs and Defendants, as a group, of the reasons therefor. Defendants shall make good-faith efforts to coordinate and consolidate common legal arguments, but may file individual briefs to allow for Defendant-specific arguments.

7

4.      Defendants have agreed to accept service of the Summons and Complaints via email from Plaintiffs' counsel to counsel for Defendants,[2] or, for Complaints already served, have stipulated that Process and Service of Process was proper under Federal Rule of Civil Procedure 4.  Except as to sufficiency of process and service of process, Defendants have not waived any other basis for moving to dismiss any action, including lack of personal jurisdiction.

It is so **ORDERED.**

**BY THE COURT:**

**CYNTHIA M. RUFE, J.**

---

[2] Pursuant to the stipulation, counsel for Allergan plc have agreed to accept service of summons and the complaints on behalf of Actavis, Inc. for any of the above-captioned actions (including those that have named that have named Actavis, Inc. or Actavis plc) and the Consolidated Class Action Complaint that may be filed in a consolidated, coordinated action. Plaintiffs have agreed to substitute Actavis, Inc. in any Consolidated Class Action Complaint or, in the event a Consolidated Class Action Complaint is not filed, in the individual complaints in the above-captioned cases (to the extent such complaints remain operative).



1700 K Street, NW
Suite 650
Washington, DC 20006
202-540-7200
202-540-7201

# FAX

| | |
|---|---|
| **Date:** | July 7, 2016 |
| **From:** | Jeannine Kenney |
| | |
| **To:** | Chambers of the Honorable Cynthia M. Rufe |
| **Company:** | United States District Court for the Eastern District of Pennsylvania |
| **Fax Number:** | (267) 299-5077 |

**Number of Pages: 26**
**(Including cover sheet)**

**RE:** *In re Generic Drug Pricing Antitrust Litigation*, MDL No. 2724, and related actions

If you experience any problems with the receipt of this fax, please contact **Jeannine Kenney** at (202) 540-7233.

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

BERLIN   BRUSSELS   LONDON   NEW YORK   PHILADELPHIA   SAN FRANCISCO   WASHINGTON, DC    www.hausfeld.com

Case 2:16-cv-00990-CMR  Document 64  Filed 07/14/16  Page 10 of 32

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 30 BENEFITS FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LANNETT COMPANY, INC., IMPAX LABORATORIES, INC., WEST-WARD PHARMACEUTICALS CORPORATION, ALLERGAN PLC, MYLAN PHARMACEUTICALS, INC., and PAR PHARMACEUTICAL COMPANIES, INC. <br><br> Defendants. | Civil Action No. 2:16-cv-00990-CMR |
| NECA-IBEW WELFARE TRUST FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALLERGAN PLC, LANNETT COMPANY, INC., PAR PHARMACEUTICAL COMPANIES, INC., IMPAX LABORATORIES, MYLAN INC. and WEST-WARD PHARMACEUTICAL CORP. <br><br> Defendants. | Civil Action No. 2:16-cv-01371-CMR |

TULSA FIREFIGHTERS HEALTH AND
WELFARE TRUST, on behalf of itself and
all others similarly situated,

       Plaintiff,

       v.                                          Civil Action No. 2:16-cv-01388-CMR

ALLERGAN PLC, IMPAX
LABORATORIES, INC., THE LANNETT
COMPANY, INC., MYLAN INC., PAR
PHARMACEUTICALS, INC., SUN
PHARMACEUTICAL INDUSTRIES CO.,
and WEST-WARD PHARMACEUTICAL
CORP.

       Defendants.

---

TWIN CITIES PIPE TRADES WELFARE
FUND, individually and on behalf of all
others similarly situated,

       Plaintiff,

       v.                                          Civil Action No. 2:16-cv-01534-CMR

LANNETT COMPANY, INC., IMPAX
LABORATORIES, INC., WEST-WARD
PHARMACEUTICALS CORPORATION,
ALLERGAN PLC; MYLAN
PHARMACEUTICALS, INC., AND PAR
PHARMACEUTICAL COMPANIES, INC.

       Defendants.

2

| | |
|---|---|
| EDWARD CARPINELLI, on behalf of himself and all Others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LANNETT COMPANY, INC.; IMPAX LABORATORIES, INC.; WEST-WARD PHARMACEUTICALS CORPORATION; ALLERGAN PLC; MYLAN PHARMACEUTICALS, INC.; AND PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>    Defendants. | Civil Action No. 2:16-cv-1954-CMR |
| FRATERNAL ORDER OF POLICE, MIAMI LODGE 20, INSURANCE TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLERGAN PLC, LANNETT COMPANY, INC., PAR PHARMACEUTICAL COMPANIES, INC., IMPAX LABORATORIES, MYLAN INC., SUN PHARMACEUTICAL INDUSTRIES CO., and WEST-WARD PHARMACEUTICAL CORP.,<br><br>    Defendants. | Civil Action No. 2:16-cv-2031-CMR |

| | |
|---|---|
| NINA DIAMOND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANNETT COMPANY, INC., IMPAX LABORATORIES, INC., WEST-WARD PHARMACEUTICALS CORPORATION, ALLERGAN PLC, MYLAN PHARMACEUTICALS, INC. AND PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>Defendants. | Civil Action No. 2:16-cv-02077-CMR |
| UFCW LOCAL 1500 WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN PLC, IMPAX LABORATORIES, INC., LANNETT COMPANY, INC., MYLAN INC., MYLAN PHARMACEUTICALS INC., PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC., SUN PHARMACEUTICAL INDUSTRIES LTD., SUN PHARMACEUTICAL INDUSTRIES, INC. and WEST-WARD PHARMACEUTICALS CORP.,<br><br>Defendants. | Civil Action No. 2:16-cv-02169-CMR |

4

| | |
|---|---|
| MINNESOTA LABORERS HEALTH & WELFARE FUND, individually and on behalf of all others similarly situated, | Civil Action No. 2:16-cv-2191-CMR |
| Plaintiff, | |
| v. | |
| LANNETT COMPANY, INC., IMPAX LABORATORIES, INC., WEST-WARD PHARMACEUTICALS CORPORATION, ALLERGAN PLC, MYLAN PHARMACEUTICALS, INC., AND PAR PHARMACEUTICAL COMPANIES, INC. | |
| Defendants. | |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH & WELFARE FUND, individually and on behalf of all others similarly situated, | Civil Action No. 2:16-cv-02468-CMR |
| Plaintiff, | |
| v. | |
| LANNETT COMPANY, INC., IMPAX LABORATORIES, INC., WEST-WARD PHARMACEUTICALS CORPORATION, ALLERGAN PLC, MYLAN PHARMACEUTICALS, INC., AND PAR PHARMACEUTICAL COMPANIES, INC. | |
| Defendants. | |

5

Case 2:16-cv-00990-CMR Document 64 Filed 07/14/16 Page 15 of 32

| | |
|---|---|
| UNITED FOOD & COMMERCIAL WORKERS AND EMPLOYERS ARIZONA HEALTH & WELFARE TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANNETT COMPANY, INC., IMPAX LABORATORIES, INC., WEST-WARD PHARMACEUTICALS CORPORATION, ALLERGAN PLC; MYLAN PHARMACEUTICALS, INC., PAR PHARMACEUTICAL COMPANIES, INC., AND ACTAVIS PLC.<br><br>Defendants. | Civil Action No. 2:16-cv-02810-CMR |
| OTIS MCCRARY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANNETT COMPANY, INC., IMPAX LABORATORIES, INC., WEST-WARD PHARMACEUTICALS CORPORATION, ACTAVIS PLC, MYLAN PHARMACEUTICALS, INC., ENDO INTERNATIONAL PLC, SUN PHARMACEUTICAL INDUSTRIES, INC AND PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>Defendants. | Civil Action No. 2:16-cv-03091-CMR |

6

Case 2:16-cv-00990-CMR   Document 64   Filed 07/14/16   Page 16 of 32

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL 33 HEALTH AND WELFARE FUND, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN PLC; ACTAVIS PLC; IMPAX LABORATORIES, INC.; LANNETT, INC; MYLAN PHARMACEUTICALS, INC.; PAR PHARMACEUTICAL COMPANIES, INC.; and WEST-WARD PHARMACEUTICALS CORP.,<br><br>Defendants. | Civil Action No. 2:16-cv-03576-CMR |
| PLUMBERS & PIPEFITTERS LOCAL 178 HEALTH & WELFARE TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LANNETT COMPANY, INC; IMPAX LABORATORIES, INC.; WEST-WARD PHARMACEUTICALS CORPORATION; ACTAVIS PLC; MYLAN PHARMACEUTICALS, INC.; ENDO INTERNATIONAL PLC; SUN PHARMACEUTICAL INDUSTRIES, INC.; and PAR PHARMACEUTICAL COMPANIES, INC.,<br><br>Defendants. | Civil Action No. 2:16-cv-03635-CMR |

7

Case 2:16-cv-00990-CMR   Document 64   Filed 07/14/16   Page 17 of 32

## JOINT STIPULATION AND [PROPOSED ORDER] TO SET DEADLINES FOR RESPONSIVE PLEADINGS

WHEREAS, Plaintiffs International Union of Operating Engineers Local 30 Benefits

Fund, NECA-IBEW Welfare Trust Fund, Tulsa Firefighters Health and Welfare Trust, Twin

Cities Pipe Trades Welfare Fund, Fraternal Order of Police, Miami Lodge 20, Insurance Fund,

Edward Carpinelli, Nina Diamond, UFCW Local 1500 Welfare Fund, Minnesota Laborers

Health and Welfare Fund, the Philadelphia Federation of Teachers Health & Welfare Fund, the

United Food & Commercial Workers and Employers Arizona Health & Welfare Trust

("Plaintiffs"), Otis McCrary, Plumbers & Pipefitters Local 33 Health and Welfare Fund, and

Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund have each filed putative class

action complaints in this District against Defendants Lannett Company, Inc., Impax

Laboratories, Inc., West-Ward Pharmaceuticals Corporation, Allergan plc, Mylan, Inc., Mylan

Pharmaceuticals, Inc., Actavis plc, and Par Pharmaceutical Companies, Inc. ("Defendants").[1]

WHEREAS, Plaintiffs and Defendants agree that judicial efficiency is best served by

coordinating Plaintiffs' actions—and any similar actions—to the extent practicable;

WHEREAS, on May 12, 2016, Plaintiff The City of Providence filed a similar putative

class action complaint in the United States District Court for the District of Rhode Island (Case

No. 1:16-cv-00214) (together with the above-captioned actions the "Related Actions");

---

[1] This stipulation does not purport to limit or otherwise diminish the rights of the Sun
Pharmaceutical Defendants and Endo International plc, named in one or more of the above
captioned Complaints, which are not presently parties to this stipulation.

8

Case 2:16-cv-00990-CMR   Document 64   Filed 07/14/16   Page 18 of 32

WHEREAS, on May 19, 2016, a motion was filed with the Judicial Panel on Multidistrict Litigation ("JPML") to Transfer and Consolidate or Coordinate the Related Actions in this Court (the "Motion");

WHEREAS, responses to the Motion were filed on June 13, 2016, and the JPML has set the Motion for hearing on July 28, 2016;

WHEREAS, to economize both judicial and Party resources pending the JPML's decision on the Motion, the Parties believe and agree that Defendants' time to move to dismiss, answer, or otherwise respond to Plaintiffs' complaints should be extended until after the JPML has ruled on the pending Motion, it has been determined which court will preside over the Related Actions, and any consolidated amended complaint has been filed;

NOW, THEREFORE, pursuant to Local Rule 7.4, the parties hereby stipulate, and the Court orders, as follows:

1.      Defendants' time to answer, move or otherwise respond to Plaintiffs' complaints shall be extended until after disposition of the JPML proceeding, as provided below:

        a. If the JPML transfers all the Related Actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, Defendants shall, as permitted by Federal Rule 12, answer, move or otherwise plead in response to the complaint within 60 days after either: (i) the plaintiffs in the consolidated or coordinated actions serve a Consolidated Class Action Complaint, or (ii) the plaintiffs in the consolidated or coordinated actions serve written notice that they will not file a consolidated amended complaint.

        b. If the JPML denies the motions to transfer these cases and all related civil actions to a single district for coordinated or consolidated pretrial proceedings,

9

Defendants shall, as permitted by Federal Rule 12, answer, move or otherwise plead in response to Plaintiffs' complaint within 60 days of the later of (i) service of the JPML ruling; or (ii) service of a Consolidated Class Action Complaint.

2.      Plaintiffs shall have 60 days from the filing and service of any motions to dismiss to file and serve any memoranda in opposition thereto. Any reply memoranda shall be filed 45 days after service and filing of any opposition memoranda. If a filing deadline falls on a weekend or federal holiday, the memorandum shall be filed on the first business day following such weekend or holiday. No extension among all Plaintiffs and Defendants has been previously requested or granted by the Court. For the avoidance of doubt, this stipulation supersedes all previous stipulations in any of the above-captioned matters. Defendants reserve the right to file a motion to sever parties, claims, or allegations in response to the Consolidated Class Action Complaint or at any time during the litigation.

3.      Prior to the filing of any motion to dismiss by Defendants, interim class counsel and Defendants shall meet and confer regarding appropriate page limitations for memoranda in support of and in opposition to such motions, and for any replies, and submit to the Court a proposed order and stipulation regarding page limitations, or if the Parties cannot agree on page limitations, a proposed order identifying the differing proposals and a brief explanation by Plaintiffs and Defendants, as a group, of the reasons therefor. Defendants will make good faith efforts to coordinate and consolidate common legal arguments, but reserve the right to file individual briefs to allow for Defendant specific arguments.

4.      Defendants agree to accept service of the Summons and Complaints via email

from Plaintiffs' counsel to the undersigned counsel for Defendants,[2] or, for Complaints already

served, stipulate that Process and Service of Process was proper under Rule 4 of the Federal

Rules of Civil Procedure. Except as to sufficiency of process and service of process, Defendants

expressly reserve the right to challenge the complaints and any Consolidated Class Action

Complaint, on any and all grounds, including personal jurisdiction.

5.      In the event that additional class action complaints alleging similar conduct

against Defendants are filed in this District by other end payers of doxycycline or digoxin, such

Actions shall be bound by this Order.

6.      In the event that additional complaints alleging similar conduct against

Defendants are filed in any other jurisdiction, Defendants shall promptly notify Plaintiffs of any

such filings, and shall promptly notify Plaintiffs of service of any discovery in such cases.

**IT IS SO STIPULATED AND ORDERED.**

Dated: July 7, 2016

By: /s/ *Brent Landau*        
Brent W. Landau
Gary I. Smith
HAUSFELD LLP
325 Chestnut St., Suite 900
Philadelphia, PA, 19106
Tel. (215) 985-3270
Fax. (215) 985-3271
blandau@hausfeld.com
gsmith@hausfeld.com

By: /s/ *Terry M. Henry*      
Terry M. Henry (Pa. I.D. No. 77455)
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Tel.: (215) 569-5500
Fax: (215) 832-5793
E-mail: THenry@blankrome.com

---

[2] Counsel for Allergan plc agree to accept service of summons and the complaints on behalf of Actavis, Inc. for any of the above-captioned actions (including those that have named that have named Actavis, Inc. or Actavis plc) and the Consolidated Class Action Complaint that may be filed in a consolidated, coordinated action. Plaintiffs have agreed to substitute Actavis, Inc. in any Consolidated Class Action Complaint or, in the event a Consolidated Class Action Complaint is not filed, in the individual complaints in the above-captioned matters (to the extent such complaints remain operative).

11

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
Stephanie Y. Cho
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel. (415) 633-1908
Fax. (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

Michael D. Hausfeld
Jeannine M. Kenney (PA # 307635)
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel. (202) 540-7200
Fax. (202) 540-7201
mhausfeld@hausfeld.com
jkenney@hausefeld.com

Frank R. Schirripa
HACH ROSE SCHIRRIPA
 & CHEVERIE LLP
185 Madison Avenue, 14th Floor
New York, NY 10016
fschirripa@hrsclaw.com
Telephone: (212) 213-8311
Fax: (212) 779-0028

*Attorneys for Plaintiff International Union of
Operating Engineers Local 30 Benefits Fund*

Steven C. Sunshine (*pro hac vice
forthcoming)*
Tiffany Rider (*pro hac vice forthcoming)*
Timothy Grayson (*pro hac vice forthcoming)*
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Ave, NW
Washington, DC 20005
Telephone: (202) 371-7329
steve.sunshine@skadden.com
tiffany.rider@skadden.com
timothy.grayson@skadden.com

Karen Hoffman Lent (*pro hac vice
forthcoming)*
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
4 Times Square
New York, NY 10038
Telephone: (212) 735-3000
karen.lent@skadden.com

*Attorneys for Defendant Allergan plc &
Actavis, Inc.*

By: /s/ *Marc S. Henzel*
Marc S. Henzel
LAW OFFICES OF MARC S. HENZEL
230 Old Lancaster Road, Suite B
Merion Station, PA 19066
Telephone: (610) 660-8000
Fax: (610) 660-8080
mhenzel@henzellaw.com

By: /s/ *William M. Connolly*
William M. Connolly
Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103
Tel. (215) 988-2700
Fax. (215 988-2757
william.connolly@dbr.com

12

David W. Mitchell
Brian O. O'Mara
Alexandra S. Bernay
Carmen A. Medici
Arthur L. Shingler III
ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: (619) 231-1058
Fax: (619) 231-7423
davidm@rgrdlaw.com
bomara@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com
ashingler@rgrdlaw.com

Patrick J. O'Hara
CAVANAGH & O'HARA
2319 West Jefferson Street
Springfield, IL 62702
Telephone: 217/544-1771
217/544-9894 (fax)

*Attorneys for Plaintiff NECA-IBEW Welfare
Trust Fund*

chanda.miller@dbr.com

Stephen D. Brody (*pro hac vice forthcoming*)
Edward D. Hassi (*pro hac vice forthcoming*)
O'MELVENY &MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Fax: (202) 383-5414
sbrody@omm.com
ehassi@omm.com

*Attorneys for Defendant Par Pharmaceutical
Companies, Inc.*

By: /s/ *Mark S. Goldman*
Mark S. Goldman
Paul Scarlato
GOLDMAN SCARLATO & PENNY PC
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Telephone (484) 342-0700
goldman@gsk-law.com
scarlato@lawgsp.com

Gregory S. Asciolla
Jay L. Himes
Karin E. Garvey
Domenico Minerva
Marisa N. Demato
Matthew J. Perez
LABATON SUCHAROW LLP
140 Broadway

By: /s/ *Chul Pak*
Chul Pak
Jeffrey C. Bank
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
cpak@wsgr.com
jbank@wsgr.com

Seth C. Silber
Kellie M. Kemp
WILSON SONSINI GOODRICH & ROSATI, PC
1700 K Street NW, Floor 5
Washington, DC 20006-3817
Telephone: (202) 973-8800
ssilber@wsgr.com
kkemp@wsgr.com

13

New York, NY 10005
Telephone: (212) 907-0700
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com
dminerva@labaton.com
mdemato@labaton.com
mperez@labaton.com

*Attorneys for Defendant Mylan, Inc. and*
*Mylan Pharmaceuticals, Inc.*

Roberta D. Liebenberg
Paul Costa
Adam J. Pessin
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, Suite 2300
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Attorneys for Plaintiffs Tulsa Firefighters*
*Health and Welfare Trust and UFCW Local*
*1500 Welfare Fund*

By: /s/   *Heidi Silton*
Heidi M. Silton
Karen Hanson Riebel
W. Joseph Bruckner
Richard A. Lockridge
Kate M. Baxter-Kauf
LOCKRIDGE GRINDAL NAUEN P.LL.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
khriebel@locklaw.com
wjbruckner@locklaw.com
ralockridge@locklaw.com
kmbaxter-kauf@locklaw.com

By: /s/ *Gerald E. Arth*
Gerald E. Arth
Theodore H. Jobes
Christopher Varano
FOX ROTHSCHILD LLP
2000 Market Street
20th Floor
Philadelphia, PA 19103
Telephone: (215) 299-3010
garth@foxrothschild.com
tjobes@foxrothschild.com
cvarano@foxrothschild.com

*Attorneys for Lannett Co.*

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC

14

1500 JFK Boulevard, Suite 320
Philadelphia, P A 19102
Tel: (215) 814-6750
Fax: (215) 814-6764
jgrabar@bolognese-law.com

Gary F. Lynch
CARLSON LYNCH LTD
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Tel: ( 412) 322-9243
Fax: (412) 231-0246
glynch@carlsonlynch.com

Jeffrey L. Kodroff
John A. Macoretta
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
    & WILLIS P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611

*Attorneys for Plaintiff Twin Cities Pipe
Trades Welfare Fund*

By: /s/ *Jeffrey B. Gittleman*
Jeffrey B. Gittleman
Gerald J. Rodos
Chad A. Carder
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
jgittleman@barrack.com
grodos@barrack.com
ccarder@barrack.com

R. Alexander Saveri
Guido Saveri
Lisa Saveri
Cadio Zirpoli

By: /s/ *Kent A. Gardiner*
Kent A. Gardiner
Keith J. Harrison
Shari Ross Lahlou
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax. (202) 624-5116
kgardiner@crowell.com
kharrison@crowell.com
slahlou@crowell.com

Barbara Mather
Jan P. Levine
Robin P. Sumner
Michael J. Hartman

15

SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Fax: (415) 217-6813
rick@saveri.com
cadio@saveri.com
lisa@saveri.com

Randy Renick
HADSELL STORMER & RENICK, LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91001
Telephone: (626) 585-9600
Fax: 626 585-9610
rrr@hadsellstormer.com

Robert J. Bonsignore
Lisa A. Sleboda
Wendy K. Angulo
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Telephone: (781) 856-7650
Fax: (702) 852-5726
rbonsignore@class-actions.us
lsleboda@class-actions.us
wangulo@class-actions.us

Allan Steyer
D. Scott Macrae
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Fax: (415) 421-2234
asteyer@steyerlaw.com
smacrae@steyerlaw.com

*Attorneys for Plaintiff Edward Carpinelli*

By: /s/ *Mindee J. Reuben*
Mindee J. Reuben
Steven J. Greenfogel

PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Fax:  (215) 981-4750
matherb@pepperlaw.com
levinej@pepperlaw.com
sumnerr@pepperlaw.com
hartmanm@pepperlaw.com

*Attorneys for Defendant West-Ward
Pharmaceuticals Corp*

By: /s/ *Paul M. Thompson*
Paul M. Thompson (Pa. I.D. No. 82017)
Raymond A. Jacobsen, Jr. (*pro hac vice*

16

LITE DEPALMA GREENBERG, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
SJG Direct Dial: (973) 877-3819
MJR Direct Dial: (267) 314-7980
Fax: (973) 623-0858
mreuben@litedepalma.com
sgreenfogel@litedepalma.com

Joseph Gentile
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, New York 11021
Telephone: 516-699-8890
Facsimile: 516-699-8968
joseph@sarrafgentile.com

*Attorneys for Plaintiff Nina Diamond*

*forthcoming*)
Emre N. Ilter (*pro hac vice forthcoming*)
Lisa A. Peterson (*pro hac vice
forthcoming*)
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
pthompson@mwe.com
rjacobsen@mwe.com
eilter@mwe.com
lpeterson@mwe.com

David L. Hanselman, Jr. (*pro hac vice
forthcoming*)
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
Telephone: (312) 372-2000
Fax: (312) 984-7700
dhanselman@mwe.com

Nicole L. Castle (*pro hac vice
forthcoming*)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5480
Fax: (212) 547-5444
ncastle@mwe.com

*Attorneys for Defendant Impax
Laboratories, Inc.*

By: /s/ *Jayne A. Goldstein*

Jayne A. Goldstein (Pa. ID No. 48048)
POMERANZ LLP
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Telephone: (954) 315-3454
jagoldstein@pomlaw.com

17

Natalie Finkelman Bennett
SHEPHERD FINKELMAN MILLER
   & SHAH, LLP
35 East State Street
Media, PA 19063
Tel: 610-891-9880
nfinkelman@sfmslaw.com

*Attorneys for Plaintiff Fraternal Order of Police,*
*Miami Lodge 20, Insurance Trust Fund*


By: */s/ Heidi M. Silton*
Heidi M. Silton
Karen Hanson Riebel
W. Joseph Bruckner
Richard A. Lockridge
Kristen G. Marttila
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
hmsilton@locklaw.com
khriebel@locklaw.com
wjbruckner@locklaw.com
ralockridge@locklaw.com
kmbaxter-kauf@locklaw.com

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
Tel: (215) 814-6750
Fax: (215) 814-6764
jgrabar@bolognese-law.com

Gary F. Lynch
CARLSON LYNCH LTD
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Tel: (412) 322-9243
Fax: (412) 231-0246

18

glynch@carlsonlynch.com

Jeffrey L. Kodroff
John A. Macoretta
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
  & WILLIS P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611

William H. London
FREED KANNER LONDON
  & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
wlondon@fklmlaw.com

Christian M. Sande
CHRISTIAN SANDE LLC
310 Clifton Avenue, #300
Minneapolis, MN 55403
Tel: (612) 387-1430
Fax: (612) 677-3078
Christian@christiansande.com

*Attorneys for Plaintiff Minnesota Laborers Health
and Welfare Fund*

By: */s/ Marc H. Edelson*
Marc H. Edelson, Esq.
EDELSON & ASSOCIATES, LLC
3 Terry Drive, Suite 205
Newtown, PA 18940
(215) 867-2200
(267) 685-0676 (fax)
medelson@edelson-law.com

*Attorney for Plaintiff Philadelphia Federation of
Teachers Health and Welfare Fund*

By: */s/ Adam J. Zapala*

19

Adam J. Zapala
Steven N. Williams
Joyce Chang
COTCHETT, PITRE & McCARTHY,LLP.
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
azapala@cpmlegal.com
jchang@cpmlegal.com

Steven L. Stemerman (pro hac vice pending)
Sarah Grossman-Swenson (pro hac vice
pending)
DAVIS, COWELL & BOWE, LLP.
595 Market Street, Suite 800
San Francisco, CA 94015
Telephone: 415-597-7200
Facsimile: 415-597-7201
stem@dcbsf.com
sgs@dcbsf.com

Gary I. Smith
HAUSFELD LLP
325 Chestnut St., Suite 900
Philadelphia, PA, 19106
Tel. (215) 985-3270
Fax. (215) 985-3271
gsmith@hausfeld.com

*Attorneys for Plaintiff United Food and
Commercial Workers and Employers Arizona
Health and Welfare Trust*

By: */s/ Krishna B. Narine*
Krishna B. Narine
Joel C. Meredith
MEREDITH & NARINE
100 S. Broad St. Suite 905
Philadelphia, P A 19110
Telephone: 215-564-5182
Facsimile: 267-687-1628
knarine@m-npartners.com

20

jmeredith@m-npartners.com

Guido Saveri
R. Alexander Saveri
Lisa Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
lisa@saveri.com
cadio@saveri.com

E. Kirk Wood
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, Alabama 35238-2434
Telephone: (205) 612-0243
Facsimile: (866) 747-3905
ekirkwood1@bellsouth.net

Robert M. Foote
Kathleen C. Chavez
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, Illinois 60134
Telephone: (630) 232-7450
Facsimile: (630) 232-7452
rmf@fmcolaw.com
kcc@fmcolaw.com

Gerald J. Rodos
Jeffrey B. Gittleman
Chad A. Carder
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
GRodos@barrack.com
JGittleman@barrack.com
Ccarder@barrack.com

21

*Attorneys for Plaintiff Otis McCrary*

By: /s/ Jeffrey J. Kodroff
Jeffrey L. Kodroff
Jeffrey J. Corrigan
SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.
1818 Market St., Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
jkodroff@srkw-law.com
jcorrigan@srkw-law.com

Fred T. Isquith, Sr.
Thomas H. Burt
Anita Kartalopolous
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Ave.
New York, New York 10016
Tel.: (212) 545-4600
Fax: (212) 686-0114
burt@whafh.com
kartalopolous@whafh.com

Theodore B. Bell
Carl V. Malmstrom
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
One South Dearborn St., Suite 2122
Chicago, Illinois 60603
Tel: (312) 984-0000
Fax: (312) 212-4496
tbell@whafh.com
malmstrom@whafh.com

Michael McNally
FELHABER LARSON LLC
220 South 6th St., Suite 2200
Minneapolis, Minnesota 55402
Tel: (612) 339-6321
Fax: (612) 338-0535
mcnally@felhaber.com

*Counsel for Plaintiff Plumbers & Pipefitters Local
33 Health and Welfare Fund*

By: */s/ Lee Albert*
Lee Albert
Gregory B. Linkh (pro hac vice to be filed)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lalbert@glancylaw.com
glinkh@glancylaw.com

*Attorneys for Plaintiff Plumbers & Pipefitters Local
178 Health and Welfare Fund*

APPROVED BY THE COURT:

**THE HONORABLE CYNTHIA M.
RUFE**